THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* REAFORD JOHNSON, Defendant-Appellant.

(No. 58662;

First District (2nd Division)—February 26, 1974.

PER CURIAM.
HAYES, P. J., took no part.

James J. Doherty, Public Defender, of Chicago (Alan David Eckstein, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Barry Rand Elden, and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.